# FIELDS LAW FIRM

| | |
|---|---|
| GLORIA LAM | ROBERTO SALAS |
| ATTORNEY* | PARALEGAL |
| DIRECT 612-383-1110 | DIRECT 612-383-1865 |
| 1-888-847-8517 EXT. 110 | 1-888-847-8517 EXT. 865 |
| GLORIA@FIELDSLAW.COM | ROBERTO@FIELDSLAW.COM |
| *Licensed in NJ and NY only | |

June 7, 2022

The Honorable Judge Karen M. Williams
United States District Court
District of New Jersey
Mitchell H. Cohen Courthouse
4th & Cooper Streets
Camden, NJ 08101

*VIA ECF*

RE:   Patrick Sellers v. Equifax Information Services LLC, et al.
        Court File No. 1:21-cv-19216

Dear Judge Williams:

Please be advised that Plaintiff Patrick Sellers and Ocwen Loan Servicing, LLC d/b/a PHH Mortgage Services have settled the claims between these two parties subject to the signing of a settlement agreement and release, and expect to file a Joint Stipulation of Dismissal within 45 to 60 days. Defendant Trans Union LLC still remains, and Plaintiff has not settled the claims with this Defendant.

Respectfully Submitted,

*/s/ Gloria C. Lam*

Gloria C. Lam
GCL/ras
Attorney

cc: All Counsel (via ECF)