UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION

| PATRICK SELLERS, | CIVIL FILE NO.: 1:21-cv-19216 |
|---|---|
| Plaintiff, | |
| vs. | ORDER FOR DISMISSAL WITH PREJUDICE |
| Equifax Information Services LLC, et al., | |
| Defendants. | |

# ORDER

Based on the STIPULATION OF DISMISSAL WITH PREJUDICE filed by the parties herein, this Court hereby orders that the Complaint against the Defendant Trans Union LLC **ONLY** shall be, and herewith is, dismissed with prejudice without costs, or disbursements, or attorneys' fees to either Plaintiff or Defendant Trans Union LLC.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT:

Dated: August 25, 2022

KAREN M. WILLIAMS
United States District Judge